```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION


UNITED STATES OF AMERICA                              PLAINTIFF


     V.              CIVIL NO. 10-2164


HENRY P. ROCHA, JR. and
REBECCA ROCHA                                        DEFENDANTS
```

## O R D E R

Currently before the Court is the Government's Motion to Dismiss (doc. 11) its Complaint (doc. 1) against Defendants. Upon due consideration, the motion (doc. 11) is GRANTED and the Complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 29th day of January 2014.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge